# IN THE SUPREME COURT OF THE STATE OF NEVADA

IGNACIO ARAUJO,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 77353

FILED

DEC 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on August 4, 2017. The district court served notice of entry of that order on appellant on August 7, 2017. Appellant did not file the notice of appeal, however, until October 31, 2018, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.

_____ , J.
Parraguirre

_____ , J.
Stiglich

Supreme Court
OF
Nevada

(O) 1947A

18-908989

cc: Hon. Kenneth Cory, District Judge
Hon. Ronald J. Israel, District Judge
Ignacio Araujo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

